J-A27010-17

| KURT D. MITCHELL, | : | IN THE SUPERIOR COURT OF |
|---|---|---|
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANCIS J. FORNELLI | : | No. 1842 WDA 2016 |

Appeal from the Order Entered November 10, 2016
in the Court of Common Pleas of Mercer County,
Civil Division at No(s):  No. 2016-1647

BEFORE:  BENDER, P.J.E., SHOGAN, J., and MUSMANNO, J.

CONCURRING STATEMENT BY MUSMANNO, J.:     FILED MARCH 05, 2018

I reluctantly concur in the result.  While the Majority is procedurally correct, a remand in this case simply delays the inevitable, i.e., dismissal of the action based upon judicial immunity.